**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 AUG 11 PM 2:01

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER S. STEVENS,<br><br>Defendant. | 8:13CR54<br><br>ORDER TO SEAL FILE |

This matter comes before this Court on the Motion to Seal File in the above-captioned proceedings for the limited purpose of obtaining a Writ of Garnishment.

IT IS HEREBY ORDERED that the Clerk of the District Court shall temporarily seal the Motion to Seal and all further filings in this action until the service of the Writ of Garnishment in this action at which time the documents filed pursuant to this Order shall be unsealed and placed in the court file. The Clerk of the District Court will serve a copy of this order and the Order to Issue Writ of Garnishment on the United States of America.

Dated this 11th day of August, 2014.

BY THE COURT:

_/s/ Lyle E. Strom_
LYLE E. STROM, Senior Judge
United States District Court

USA - 2 copies