**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

'14 AUG 11 PM 2:01

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER S. STEVENS, | 8:13CR54 |
| Defendant., | |
| And | |
| ACCESS BANK, | |
| Garnishee. | |

### ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Access Bank, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Access Bank, whose address is 8712 W. Dodge Rd, Omaha, NE 68114.

DATED this 11th day of August, 2014.

BY THE COURT:

_____
LYLE E. STROM, Senior Judge
UNITED STATES DISTRICT COURT

USA - 2 copies