**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 AUG 11 PM 2:01

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER S. STEVENS, | 8:13CR54 |
| Defendant., | |
| And | |
| BANK OF THE WEST, | |
| Garnishee. | |

ORDER TO ISSUE WRIT OF
GARNISHMENT

This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Bank of the West, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Bank of the West, whose address is 8510 W. Dodge Rd, Omaha, NE 68114.

DATED this 11th day of August, 2014.

BY THE COURT:

LYLE E. STROM, Senior Judge
UNITED STATES DISTRICT COURT

USA-2 copies